# No. 19

## UNITED STATES
v.
## MUIR, LUNDIE, AND BREVOORT

*September 26, 1806*

*Held:*

The sentences ought to be reduced as they were imposed according to the common law of England when a law of Indiana Territory was in force which limited punishment for assault and battery to a fine not exceeding one hundred dollars.

William McDowell Scott, attorney for United States
Elijah Brush, attorney for defendants
Solomon Sibley, attorney for Lundie

OPINION BY BATES, J., DISSENTING . . . (*Printed in Vol. 2*)

1. The laws of Indiana Territory, except local statutes vesting special rights, are not in force in Michigan Territory:

   a. The act of Congress dividing Indiana Territory prohibits the exercise of the government of Indiana Territory in Michigan Territory, hence prohibits the exercise of that authority through its laws.

b. The Ordinance of 1787 provides for a temporary government, and for temporary laws, hence laws adopted in one district cannot extend to other districts.

2. The common law is in force in Michigan Territory and with the laws adopted by the governor and judges of Michigan constitutes a code sufficiently ample for a temporary government.